## McInerney *v.* Sampson-Miller Association Company, Inc., Appellants.

Argued June 11, 1973.

*Clarke F. Hess,* with him *Michael F. Bausang, Jr.,* and *Butera and Detwiler,* for appellants; *Leonard B. Gordon,* with him *Gordon and Kaufman,* for appellee.

Order affirmed.